CLINTON BECKWITH, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Beckwith* v. *City of New York*, 148 App. Div. 658, affirmed.
(Argued December 5, 1913; decided December 19, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 22, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action for breach of contract.

*Archibald R. Watson, Corporation Counsel (William E. C. Mayer, Terence Farley* and *R. Percy Chittenden* of counsel), for appellant.

*Edward M. Grout* and *James F. McKinney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.